**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH L. STRICKLAND, et al, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:19-mc-00014** |
| | ) | |
| AMY ALYECE BROOME, et al, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| ENCORE REHABILITATION SERVICES, INC, | ) | |
| | ) | |
| **Garnishee.** | ) | |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION, OR TO ANY OTHER AUTHORIZED OFFICER, GREETINGS:

On the 25th day of July, 2018, a judgment was received from the United States District Court for the Southern District of Mississippi, Eastern Division, in favor of Plaintiffs and against Defendant Amy Alyece Broome for the total sum of $339,912.27, plus interest at the federal rate provided by 28 U.S.C. §1961 (being 2.44% per annum, a per diem of $22.72); which judgment was registered in this District on July 12, 2019; said judgment remains unsatisfied in the principal amount of $339,912.27, with additional accrued interest as of July 22, 2019, in the amount of $8,224.64 (362 days x $22.72). As of the date hereof, the total balance outstanding on the judgment is $348,136.91, plus the court costs and the costs of the garnishment. The judgment has never been assigned to anyone by Plaintiff. You are hereby commanded forthwith to summon Encore Rehabilitation Services, Inc., c/o registered agent Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, AL 36104, (the "Garnishee") as Garnishee in the above-styled cause to appear within thirty (30) days from the date of

service of this process, before the United States District Court for the Southern District of Alabama,

Southern Division, at 155 St Joseph Street, Mobile, AL 36602, and file a written answer, upon oath:

(1)     Whether Garnishee is or was indebted to **Amy Alyece Broome** at the time you received

this process, or when you make your answer, or during the intervening time, and in what sum or

sums; or

(2)     Whether Garnishee will be indebted to **Amy Alyece Broome** in the future by existing

contract; or

(3)     Whether by existing contract you are liable to **Amy Alyece Broome** for the delivery of

Personal property or for the payment of money which may be discharged by the delivery of

Personal property or which may be payable in personal property; or

(4)     Whether you have or not in your possession or under your control real or personal

property or things in action belonging to **Amy Alyece Broome**.

Mailing the notarized Answer to the Clerk of the Court constitutes making a proper appearance

in the court.  You are to also mail a copy of the notarized Answer to counsel for the Plaintiffs, Gilbert

L. Fontenot, PO Box 1281, Mobile, Alabama 36633.

The United States Marshal, or other authorized officer, is hereby commanded to serve a copy of

the above Writ of Garnishment on the above-named Garnishee, and make return of this Writ and the

execution thereof, according to law.

**\* Contact Plaintiff's counsel at (251) 445-2083 for full Social Security Number of Defendant, if necessary. \***

Dated this ___24th___ day of ___July___, 2019.



CHARLES R. DIARD, JR., CLERK,

By: *Nicole Hawkins*

Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ELIZABETH L. STRICKLAND, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 1:19-mc-00014** |
| ) | |
| **AMY ALYECE BROOME, et al,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **ENCORE REHABILITATION SERVICES, INC,** ) | |
| ) | |
| **Garnishee.** ) | |

**APPLICATION AND AFFIDAVIT FOR GARNISHMENT ON JUDGMENT**

**STATE OF ALABAMA**      )

**COUNTY OF MOBILE**      )

Before me, the undersigned authority, personally appeared Gilbert L. Fontenot, who being by me duly sworn deposed and says as follows:

I am one of the attorneys for the above named Plaintiffs.  On or about July 25, 2018, a judgment was rendered by the United States District Court for the Southern District of Mississippi in favor of Plaintiffs and against Amy Alyece Broome  in said cause for the sum of $339,912.27, plus interest at the federal rate provided by 28 U.S.C. §1961 (being 2.44% per annum, a per diem of $22.72); which judgment was registered in this district on July 12, 2019; said judgment remains unsatisfied in the principal amount of $339,912.27, with additional accrued interest as of July 22, 2019, in the amount of $8,224.64 (362 days x $22.72).  As of the date hereof, the total balance outstanding on the judgment is $348,136.91, plus the court costs and the costs of the garnishment.  The Defendant, Amy Alyece Broome, remains indebted to the Plaintiffs in said amount.

Encore Rehabilitation Services, Inc., c/o registered agent Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, AL 36104 (herein after referred to as Garnishee), is believed to be indebted to Amy Alyece Broome, or to have effects of said Defendant, in its possession or control, and I believe process of the garnishment against the said Garnishee is necessary to obtain satisfaction of said Judgment.

Dated this the 23 day of July, 2019.

Affiant Saith Further Not.

Affiant, Gilbert L. Fontenot, Esq.
Attorney for Plaintiffs
PO Box 1281
Mobile, AL 36633
(251) 445-2083

SWORN TO AND SUBSCRIBED BEFORE me on this 23 day of July, 2019.

NOTARY PUBLIC

My Commission Expires 4-24-23

Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: Nicole Hawkins
Deputy Clerk
Date: July 24, 2019

## INSTRUCTIONS TO GARNISHEE:

1. **AMOUNT GARNISHED:** The principal amount, rate of interest, starting date of interest, and costs are set out in the Writ of Garnishment or Affidavit served upon you. The amount garnished consists of all of these.

2. **AMOUNT WITHHELD:** Under Federal law, 15 U.S.C. §1673(a), you should withhold each pay period:

   (a)   25% of disposable earnings each week, or

   (b)   the amount by which disposable earnings for the week exceed thirty times the Federal minimum hourly wage,

   whichever is less.

3. **"DISPOSABLE EARNINGS"** means that part of earnings remaining after deduction of any amount required by law to be withheld (such as, amount of deductions for social security taxes and withholding taxes, but not court-ordered alimony and child support payments which must be included in "disposable earnings"). 15 U.S.C. §1672(b); First National Bank v. Hasty, 415 S.Supp 170 (E.D. Mich, 1976), affirmed 573 F.2d 1310 (6th Cir. 1977).

4. **DISBURSEMENT OF WITHHELD AMOUNTS:**  Section 6-10-7, Code of Alabama 1975, provides: "The garnishee shall retain...the wages,...as is necessary to accumulate a sum equal to the amount shown as due by the Court on the writ or levy, at which time the garnishee shall pay same into the Court."

   **Mail remittances to:**          Charles R. Diard, Jr., Clerk
   United States District Court
   155 St. Joseph Street
   Mobile, AL 36602

   Your check or money order should be made payable to the "Clerk of the U.S. District Court." Indicate on each remittance the name of the case and the Civil Action Number, so that proper credit will be given for the remittance.

5. **NOTE:** If you fail to respond to the summons within thirty (30) days, a judgment may be entered against you for the amount of the claim.   1975 Code of Ala., §§6-6-393 and 457, Federal Rules of Civil Procedure, Rule 69.

**Questions:  Call this office: (334) 690-2371**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ELIZABETH L. STRICKLAND, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:19-mc--00014** |
| | ) | |
| **AMY ALYECE BROOME, et al,** | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ENCORE REHABILITATION SERVICES, INC.,** | ) | |
| | ) | |
| **Garnishee.** | ) | |

## <u>GARNISHEE'S ANSWER</u>

Now on this day comes **ENCORE REHABILITATION SERVICES, INC.,** garnishee in the above styled action, and for answer to the writ of Garnishment served upon **ENCORE REHABILITATION SERVICES, INC.,** on the_____ day of_____, 2019, Garnishee upon oath, says that:

1.  **ENCORE REHABILITATION SERVICES, INC.,** IS / IS NOT indebted to Amy Alyece Broome at the time of service of the writ of Garnishment in the above stated cause, or at the time of making answer hereto; and that

2.  **ENCORE REHABILITATION SERVICES, INC.,** WILL / WILL NOT be indebted in the future to Amy Alyece Broome by a contract then existing, or at the time of this process; and that

3.     **ENCORE REHABILITATION SERVICES, INC.,** HAS / HAS NOT in possession, or under control, personal or real property, or things in action belonging to Amy Alyece Broome.

4.     Other (Explain)_____

_____

_____

And Garnishee having fully answered, prays to be discharged WITH / WITH OUT reasonable costs in this behalf expended.

_____

Garnishee or Agent (Signature)

_____

Printed name of signatory

_____

Telephone number of signatory

SWORN TO AND SUBSCRIBED BEFORE me this_____ day of_____ , 2019.

_____

NOTARY PUBLIC

My Commission Expires:_____

**RETURN THIS ANSWER TO:**

United States District Court
Charles R. Diard, Jr.
Clerk United States District Court
155 St. Joseph Street
Mobile, AL 36602