## Other Events
1:19-mc-00014-JB-B Strickland et al v. Broome

# U.S. District Court

# SOUTHERN DISTRICT OF ALABAMA

## Notice of Electronic Filing

The following transaction was entered on 7/24/2019 at 10:04 AM CDT and filed on 7/24/2019
**Case Name:** Strickland et al v. Broome
**Case Number:** 1:19-mc-00014-JB-B
**Filer:**
**Document Number:** 3

**Docket Text:**
**WRIT OF GARNISHMENT issued to Encore Rehabilitation Services, Inc. (2 copies to USM's office) (nah)**

**1:19-mc-00014-JB-B Notice has been electronically mailed to:**

Gilbert L. Fontenot    gus@maplesfontenot.com, betty@maplesfontenot.com, guslf100@aol.com

**1:19-mc-00014-JB-B Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1026491878 [Date=7/24/2019] [FileNumber=2658970-0
] [a2b367e606ce9e7f992c4f80f0547d1ebbfbec96c4d663d9f08e041ef55a8a532db
5eb6b9739772df8039490888ec0b9dd435e7ad9b50fbb6433ab023d7c1225]]