```
DUPLICATE

Court Name: Southern District of Alabama
Division: 1
Receipt Number: 46031052683
Cashier ID: Henken
Transaction Date: 02/11/2020
Payer Name: AMY ALYECE BROOME

GARNISHMENTS
 For: AMY ALYECE BROOME
 Case/Party: D-ALS-1-19-MC-000014-001
 Amount:         $751.27

Paper Check Conversion
 Remitter: Encore Rehabilitations, Inc.
 Check/Money Order Num: 138875
 Amt Tendered:  $751.27

Total Due:      $751.27
Total Tendered: $751.27
Change Amt:       $0.00
```